```
Jeffrey S. Gerardo SBN146508
Steven M. Dailey SBN 163857
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA  92614-8595
Telephone:  (949) 417-0999
Facsimile:   (949) 417-5394
Email:       jeffrey.gerardo@kutakrock.com
Email:       steven.dailey@kutakrock.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.
```

*IT IS SO ORDERED*
*Judge Edward J. Davila*
*DATED: 7/8/2015*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MATHIEU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No.  15-CV-03053-EJD<br><br>**STIPULATION EXTENDING THE DATE TO RESPOND TO THE COMPLAINT**<br><br>Date filed:  July 1, 2015 |

　　　WHEREAS, the stipulating parties have agreed to extend the date for WELLS FARGO BANK, N.A. ["WELLS FARGO"] to respond to Plaintiff DARRELL MATHIEU's Complaint.

　　　WHEREAS, the stipulating parties have not previously entered into any stipulations extending time for a response.

　　　IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and WELLS FARGO, by and through their attorneys of record herein, that the time for filing WELLS

///
///
///
///
///

4840-0130-0005.1
14617-889

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

STIPULATION EXTENDING THE DATE TO RESPOND TO THE COMPLAINT

1  FARGO's Response to the Complaint shall be established as July 30, 2015, without
2  prejudice to any right, claim, defense or motion of any party.
3  **SO STIPULATED:**

4  Dated: July 7, 2015                KUTAK ROCK LLP

                                      By: /s/ Steven M. Dailey
                                      _____
                                      Jeffrey S. Gerardo
                                      Steven M. Dailey
                                      Attorneys for Defendant
                                      WELLS FARGO BANK, N.A.

9  Dated: July 7, 2015                SAGARIA LAW, P.C.

                                      By: _____
                                      Scott Sagaria
                                      Elliot Gale
                                      Attorneys for Plaintiff
                                      DARRELL MATHIEU

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4840-0130-0005.1
14617-889

- 2 -

STIPULATION EXTENDING THE DATE TO RESPOND TO THE COMPLAINT