Jeffrey S. Gerardo SBN 146508
Steven M. Dailey SBN 163857
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone:  (949) 417-0999
Facsimile:  (949) 417-5394
Email:   jeffrey.gerardo@kutakrock.com
Email:   steven.dailey@kutakrock.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED**
*Judge Edward J. Davila*
DATED: 7/30/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MATHIEU,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 15-CV-03053-EJD<br><br>**STIPULATION EXTENDING THE DATE TO RESPOND TO THE COMPLAINT**<br><br>Date filed: July 1, 2015 |

WHEREAS, the stipulating parties have agreed to extend the date for WELLS FARGO BANK, N.A. ["WELLS FARGO"] to respond to Plaintiff DARRELL MATHIEU's Complaint.

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and WELLS FARGO, by and through their attorneys of record herein, that the time for filing WELLSFARGO's Response to the Complaint shall be established as August 29, 2015, without prejudice to any right, claim, defense or motion of any party.

**SO STIPULATED:**

///

///

///

///

4847-6685-3414.1
14617-889

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

STIPULATION EXTENDING THE DATE TO RESPOND TO THE COMPLAINT

| | | |
|---|---|---|
| 1 | Dated:  July 28, 2015 | KUTAK ROCK LLP |
| 2 | | |
| 3 | | By: /s/ *Steven M. Dailey* |
| | | Jeffrey S. Gerardo |
| 4 | | Steven M. Dailey |
| | | Attorneys for Defendant |
| 5 | | WELLS FARGO BANK, N.A. |
| 6 | Dated:  July 28, 2015 | SAGARIA LAW, P.C. |
| 7 | | |
| 8 | | By: /s/ *Elliot Gale* |
| | | Scott Sagaria |
| 9 | | Elliot Gale |
| | | Attorneys for Plaintiff |
| 10 | | DARRELL MATHIEU |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4847-6685-3414.1
14617-889

- 2 -

STIPULATION EXTENDING THE DATE TO RESPOND TO THE COMPLAINT