1 | Scott J. Sagaria (State Bar No. 217981)
  | Elliot Gale (State Bar No. 263326)
2 | Joe Angelo (State Bar No. 268542)
  | Sagaria Law P.C.
3 | 2033 Gateway Place, 5th Floor
  | San Jose, California 95110
4 | Telephone: (408) 279-2288
  | Facsimile: (408) 279-2299

Attorneys for Plaintiff



8/11/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| DARRELL MATHIEU, | Case No. 5:15-cv-03053-EJD |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PATELCO CREDIT UNION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et. al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Darrell Mathieu, pursuant to Federal rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Patelco Credit Union as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal.

(1) By the Plaintiff.

(a) *Without a Court Order.* Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party service either an answer or a motion for summary judgment.

Defendant Patelco Credit Union has neither answered Plaintiff's Complaint, nor filed a

---

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PATELCO CREDIT UNION

1 | motion for summary judgment.  Accordingly, the matter may be dismissed against it for all
2 | purposes and without an Order of the Court.

DATED:  August 10, 2015

SAGARIA LAW
A Professional Corporation

By:    /s/Elliot W. Gale
        Elliot W. Gale

Attorneys for Plaintiff Darrell Mathieu

2
NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PATELCO CREDIT UNION