```
IT IS SO ORDERED
[signature]
Judge Edward J. Davila
DATED: 9/14/2015
```

Scott J. Sagaria (State Bar No. 217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
Sagaria Law P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DARRELL MATHIEU,<br><br>             Plaintiff,<br><br>       vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,<br><br>             Defendants. | Case No. 5:15-cv-03053-EJD<br><br>**PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Darrell Mathieu, pursuant to Federal rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Wells Fargo Bank, N.A., with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal.

(1) By the Plaintiff.

(a) *Without a Court Order.* Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party service either an answer or a motion for summary judgment.

Defendant Wells Fargo Bank, N.A. has neither answered Plaintiff's Complaint, nor filed a

---

AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.

1  motion for summary judgment. Accordingly, the matter may be dismissed against it, with
2  prejudice, for all purposes and without an Order of the Court.
3        This Order terminated docket item number 21.
4  DATED: September 14, 2015      SAGARIA LAW
      A Professional Corporation

By:   /s/Elliot W. Gale
      Elliot W. Gale

Attorneys for Plaintiff Darrell Mathieu

2
AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.