United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARRELL MATHIEU,<br><br>                    Plaintiff,<br><br>          v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendant. | Case No.  5:15-cv-03053-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CASE; RESETTING CASE MANAGEMENT CONFERENCE** |

        As Plaintiff has sufficiently demonstrated service of process on Defendant Experian

Information Solutions, Inc., the Order to Show Cause issued on October 5, 2015, is

DISCHARGED.

        The court resets the Case Management Conference for **10:00 a.m. on December 17, 2015.**

The parties shall file a Joint Case Management Conference Statement on or before **December 10,**

**2015.**


        **IT IS SO ORDERED.**

Dated:  October 21, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-03053-EJD
ORDER DISCHARGING ORDER TO SHOW CASE; RESETTING CASE MANAGEMENT
CONFERENCE