UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARRELL MATHIEU,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No.  5:15-cv-03053-EJD<br><br>**ORDER TO SHOW CAUSE** |

    On December 12, 2015, the court issued an order requiring the parties to meet and confer in order to reach an agreement on one ADR process and file, within 10 days, either (1) the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached on one form of ADR, or (2) the form entitled "Notice of Need of ADR Phone Conference."  See Docket Item No. 35.  As of the date and time this was order was filed, the parties have not complied and the time for compliance has expired.

    Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on **January 14, 2016, at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or dismissal of this action, on the parties, or any of them, for willful disobedience of a court order.

    The parties may file a response to this order demonstrating good cause why sanctions

1  should not be imposed on or before **January 7, 2016**.  In doing so, however, they must (1) explain

2  their failure to comply with the original deadline to file one of the ADR forms, and (2) must also

3  file one of the forms contemplated by the December 12th Order.

**IT IS SO ORDERED.**

Dated:  January 5, 2016



EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-03053-EJD
ORDER TO SHOW CAUSE

2