UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARRELL MATHIEU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No.  5:15-cv-03053-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　In order to allow the parties additional time to finalize the settlement agreement and file a dismissal, the Case Management Conference scheduled for May 19, 2016, is CONTINUED to **10:00 a.m. on June 16, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **June 9, 2016.**

　　　The motion to appear by telephone (Dkt. No. 46) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated:  May 13, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:15-cv-03053-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE